IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| BON VOYAGE INVESTMENTS, LLC | § | 11-31818-H2-11 |
| | § | |
| | § | |
| DEBTOR | § | Chapter 11 |

## NOTICE OF HEARING

**You are hereby notified** that a hearing on the Approval of the Disclosure Statement (Docket No. 46) will be held on **November 30, 2011 at 1:30 p.m.**, before the Honorable Judge David R. Jones, United States Bankruptcy Court, 515 Rusk Avenue, 4th Floor, Courtroom 400, Houston, Texas 77002. Objections to the Disclosure Statement are to be filed no later than **November 23, 2011**.

Respectfully submitted,

     /s/ Margaret M. McClure
MARGARET M. MCCLURE
State Bar No. 00787997
909 Fannin, Suite 3810
Houston, Texas 77010
(713) 659-1333
(713) 658-0334 (fax)
margaret@mmmcclurelaw.com (e-mail)

ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed electronically or mailed by first class mail, postage prepaid, or faxed this 25th day of October, 2011 to the parties on the attached matrix.

      /s/ Margaret M. McClure
MARGARET M. MCCLURE

**11-31818** Bon Voyage Investments, LLC
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** David R Jones
**Date filed:** 02/28/2011 **Date of last filing:** 10/21/2011

# Attorneys

| | | |
|---|---|---|
| **Alan Sanford Gerger**<br>Dunn Neal et al<br>3050 Post Oak Blvd<br>Ste 400<br>Houston, TX 77056<br>713-403-7400<br>713-960-0204 (fax)<br>asgbkp@dnglegal.com<br>  *Assigned: 07/20/2011* | representing | **Anwar-i Qadeer**<br>Anwar-i-Qadeer & Associates, P.C.<br>50 Briar Hollow<br>Suite 230W<br>Houston, TX 77027-9394<br>713-622-8187<br>713-622-8704 (fax)<br>qadeer@qadeerlaw.com<br>*(Creditor)* |
| **Tara L Grundemeier**<br>Linebarger Goggan Blair<br>1301 Travis Street<br>Suite 300<br>Houston, TX 77002<br>houston_bankruptcy@publicans.com<br>  *Assigned: 03/07/2011* | representing | **Harris County**<br>c/o Tara L. Grundemeier<br>Post Office Box 3064<br>Houston, TX 77253-3064<br>*(Creditor)* |
| **Jay Walton Hurst**<br>Office of the Attorney General<br>300 West 15th Street<br>8th Floor<br>Austin, TX 78701<br>512-475-4861<br>512-482-8341 (fax)<br>jay.hurst@oag.state.tx.us<br>  *Assigned: 03/07/2011* | representing | **Texas Comptroller of Public Accounts**<br>Jay W. Hurst<br>c/o Sherri K.Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711<br>*(Creditor)* |
| **Christine A March**<br>Office of the US Trustee<br>515 Rusk St<br>Ste 3516<br>Houston, TX 77002<br>713-718-4650 Ext. 239<br>713-718-4580 (fax)<br>christine.a.march@usdoj.gov<br>  *Assigned: 03/01/2011*<br>  LEAD ATTORNEY<br>  ATTORNEY TO BE NOTICED | representing | **US Trustee**<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002<br>713-718-4650<br>USTPRegion07.HU.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Margaret Maxwell McClure**<br>Attorney at Law | representing | **Bon Voyage Investments, LLC**<br>4502 Edison Street |

909 Fannin
Suite 3810
Houston, TX 77010
713-659-1333
713-658-0334 (fax)
margaret@mmmcclurelaw.com
 *Assigned: 02/28/2011*

Houston, TX 77009-3338
*(Debtor)*

### H. Brad Parker
H. Brad Parker, P.C.
550 Westcott # 245
Houston, TX 77007-6000
713-892-5588
713-892-5598 (fax)
bparker@parkerlawpc.com
 *Assigned: 07/25/2011*

representing

### Devo Distributing, Inc. dba Car Brite of Houston
H. Brad Parker, P.C.
550 Westcott, Suite 245
Houston, TX 77007
713.892.5588
713.892.5598 (fax)
bparker@parkerlawpc.com
*(Creditor)*

### Carl O Sandin
Perdue Brandon Fielder Collins & MottLLP
1235 N Loop W Ste 600
Houston, TX 77008
713-862-1860
713-862-1429 (fax)
csandin@pbfcm.com
 *Assigned: 05/18/2011*

representing

### Humble Independent School District
c/o Fairle Rickard
Tax Assessor-Collector
PO Box 2000
Humble, TX 77347
*(Creditor)*

### L David Smith
Chernosky Smith et al
4646 Wild Indigo
Suite 110
Houston, TX 77027
713-800-8604
713-622-1026 (fax)
smith@csrslaw.com
 *Assigned: 09/23/2011*
 *LEAD ATTORNEY*

representing

### First National Bank
Chernosky, Smith, Ressling & Smith, PLLC
4646 Wild Indigo, Suite 110
Houston, TX 77027
ldsmith@csrslaw.com
*(Creditor)*

| **PACER Service Center** ||||
|---|---|---|---|
| **Transaction Receipt** ||||
| 10/25/2011 10:32:52 ||||
| **PACER Login:** | mm0211 | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 11-31818 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

```
Label Matrix for local noticing          Bon Voyage Investments, LLC              Devo Distributing, Inc. dba Car Brite of Hou
0541-4                                   4502 Edison Street                       H. Brad Parker, P.C.
Case 11-31818                            Houston, TX 77009-3338                   550 Westcott, Suite 245
Southern District of Texas                                                        Houston, TX 77007-6000
Houston
Tue Oct 25 10:36:39 CDT 2011

First National Bank                      Harris County                            Humble Independent School District
Chernosky, Smith, Ressling & Smith, PLLC c/o Tara L. Grundemeier                  c/o Fairle Rickard
4646 Wild Indigo, Suite 110              Post Office Box 3064                     Tax Assessor-Collector
Houston, TX 77027-7190                   Houston, TX 77253-3064                   PO Box 2000
                                                                                  Humble, TX 77347-2000

Texas Comptroller of Public Accounts     4                                        AmeriPower, LLC
Jay W. Hurst                             United States Bankruptcy Court           P.O. Box 16206
c/o Sherri K.Simpson, Paralegal          PO Box 61010                             Sugar Land, TX 77496-6206
P.O. Box 12548                           Houston, TX 77208-1010
Austin, TX 78711-2548

Anwar-I-Qadeer                           Arnold Oil Company of Austin, L.P.       Arnold Oil Company of Houston
50 Briar Hollow Lane, Suite 230W         d/b/a A-Line Auto Parts                  P.O. Box 55854
Houston, TX 77027-9394                   c/o Ms. Julie A. Kuglen                  Blankenship Drive
                                         1104 Nueces Street, Suite 104            Houston, TX 77255-5854
                                         Austin, TX 78701-2106

BMT Leasing, Inc.                        Business Financial Services, Inc.        Car Brite of Houston
Barbara L Farley, Esquire                5852 Faringdon Place, Suite B            P.O. Box 2114
PO Box 53659                             Raleigh, NC 27609-3931                   Conroe, TX 77305-2114
Philadelphia, PA 19105-3659

Comptroller of Public Accounts           Devo Distributing, Inc. dba Car Brite of Hou  Ecolab
c/o Office of the Attorney General       P.O. Box 2114                            P.O. box 70343
Bankruptcy - Collections Division        Conroe, TX 77305-2114                    Chicago, IL 60673-0343
PO Box 12548
Austin TX  78711-2548

Financial Pacific Leasing, LLC           First National Bank                      First National Bank
P.O. Box 4568                            1817 FM 1960 Road West                   3306 McKinzie Road
Federal WA 98063-4568                    Houston, TX 77090-3208                   Corpus Christi, TX 78410-2445

First National Bank                      First National Bank                      Garner Oil Company, Inc.
P.O. Box 660                             c/o Mr. L. David Smith                   19 Bennet Street
Edinburg, TX 78540-0660                  Chernosky, Smith, Ressling & Smith, PLLC Lynn, MA 01905-3001
                                         4646 Wild Indigo, Suite 110
                                         Houston, TX 77027-7190

Harris County M.U.D. #46                 Harris County MUD #46                    Harris County et al
P.O. Box 73109                           P.O. Box 73109                           c/o Tara L. Grundemeier
Houston, TX 77273-3109                   Houston, TX 77273-3109                   Linebarger Goggan Blair & Sampson LLP
                                                                                  P.O. Box 3064
                                                                                  Houston, Tx. 77253-3064

Harris County, et al                     Humble Independent School District       Internal Revenue Service
c/o Ms. Tara L. Grundemeier              P.O. Box 4020                            Centralized Insolvency Operation
Linebarger Goggan Blair & Sampson        Houston, TX 77210-4020                   PO Box 7346
P.O. Box 3064                                                                     Philadelphia PA 19101-7346
Houston, TX 77253-3064
```

| | | |
|---|---|---|
| MailCoups Direct, Inc.<br>350 Revolutionary Drive<br>East Taunton, MA 02718-1368 | MailCoups Direct, Inc.<br>c/o Ms. Michell S. Bradie<br>Bradie, Bradie & Bradie<br>6606 FM 1488, Suite 148-363<br>Magnolia, TX 77354-2544 | Matrix Lubricants, LLC<br>5750 Campbell Road<br>Houston, TX 77041-6208 |
| Merchant Power Services<br>c/o Mr. Norman Bhalla<br>2400 Augusta, Suite 336<br>Houston, TX 77057-4984 | Petra Oil Company<br>5829 W. Sam Houston Pkwy. N., #804<br>Houston, TX 77041-4740 | Property Tax Solutions, LLC<br>8080 North Central Expressway, # 88<br>Dallas, TX 75206-1838 |
| Recycle Paper<br>One America Road<br>Cleveland, OH 44144-2301 | Super Coups<br>P.O. Box 33462<br>East Hartford, CT 06108-3462 | Texas Comptroller of Public Accounts<br>c/o Mr. Jay W. Hurst<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Unifirst Corporation<br>Attn: Accounts Receivable<br>9019 Railwood Drive<br>Houston, TX 77078-4524 | Waste Management<br>2625 W. Grandview Road<br>Phoenix, AZ 85023-3110 |
| Zep Sales & Service<br>P.O. Box 841508<br>Dallas, TX 75284-1508 | Anwar-i Qadeer<br>Anwar-i-Qadeer & Associates, P.C.<br>50 Briar Hollow<br>Suite 230W<br>Houston, TX 77027-9394 | James Campbell<br>719 Sawdust Rd<br>Ste 204<br>The Woodlands, TX 77380-2947 |
| Margaret Maxwell McClure<br>909 Fannin Ste 3810<br>Houston, TX 77010-1030 | Margaret Maxwell McClure<br>Attorney at Law<br>909 Fannin<br>Suite 3810<br>Houston, TX 77010-1030 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Bon Voyage Investments, LLC
4502 Edison Street
Houston, TX 77009-3338

End of Label Matrix
Mailable recipients    46
Bypassed recipients     1
Total                  47